

FILED

MAR 0 1 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:23 CR 120 |
| v. | ) | JUDGE KNEPP |
| | ) | MAG. JUDGE CLAY |
| BOBBY JOE RUSSELL, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) and 924(a)(2) |
| Defendant. | ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about April 21, 2022, in the Northern District of Ohio, Western Division, Defendant BOBBY JOE RUSSELL, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Assault, on or about November 10, 2010, in Case Number CR-201002903, Lucas County Common Pleas Court and Robbery, on or about April 16, 2014, in Case Number CR021302845, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce firearms, to wit: Taurus, 38 Special, .38 caliber revolver, bearing serial number LX18931 and Uzi, 9mm Pro pistol, bearing U2000640 said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

ORIGINAL

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant BOBBY JOE RUSSELL shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

                                                                 A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.